UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN BROWNSVILLE, TEXAS

United States District Court
Southern District of Texas
FILED

MAY 3 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| APOLINAR TORRES-ESPINO ) | |
| INS NO: A22-365-809 ) | |
| ) | |
| Petitioner, ) | C.A.No.B-02-062 |
| ) | |
| v. ) | |
| E.M. TROMINSKI, ) | |
| ) | |
| INS DISTRICT DIRECTOR, ) | |
| Respondent. ) | |
| _____) | |

RESPONDENT'S UNOPPOSED MOTION
FOR
EXTENSION OF TIME TO RESPOND

COME NOW The Respondent herein by and through the undersigned to submit this Motion for Extension of time to respond to Petitioner's Petition for Writ of Habeas Corpus.

Respondent's attorney who is responsible for and intimately involved with the case, Special Assistant United States Attorney, Lisa M. Putnam, is currently hospitalized in the Medical Intensive Care Unit of Valley Baptist Medical Center, Harlingen, Texas. The Return Reply in this matter is due to be filed on or before June 7, 2002. Attorney Putnam is likely to be hospitalized through that date.

Petitioner's Counsel, Lisa S. Brodyaga, Esquire has been contacted telephonically on this date and is unopposed to an extension of  to reply based on the above-enumerated facts.

Based on the foregoing, the Respondent herein respectfully

requests an extension of sixty (60) days to file a Reply to Petitioner's Writ of Habeas Corpus.

                          Respectfully submitted,

                          */s/ Cheri F. Jones*
                          CHERI L. JONES
                          Assistant District Counsel on Behalf of
                          LISA  M. PUTNAM
                          Special Assistant U.S. Atty.
                          Attorney in Charge
                          Georgia Bar No.: 590315
                          Federal Bar No.:  23937
                          INS
                          P.O. Box 1711
                          Harlingen, Texas  78551
                          (956)389-7051

Date: 5/31/2002

Certificate of Service

I hereby certify that a true copy of the foregoing was served upon counsel by depositing the same in the United States Mail, first class postage, prepaid addressed to:

Lisa Brodyaga, Esquire
17891 Landrum Park Road
San Bonito, TX 78586

on this 31st day of May, 2002.

CHERI L. Jones
Immigration & Naturalization Service