United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN BROWNSVILLE, TEXAS

APOLINAR TORRES-ESPINO )
INS NO: A22-365-809 )
 )
       Petitioner, )    C.A.No.B-02-062
 )
v. )
E.M. TROMINSKI, )
 )
   INS DISTRICT DIRECTOR, )
       Respondent. )

## ORDER

The Respondent's Unopposed Motion for Extension Time to Respond is hereby GRANTED. The response shall be filed on or before August 7, 2002.

Done this 4th day of June, 2002 in Brownsville, Texas.

Felix Recio
U.S. Magistrate Judge