```
                                          United States District Court
                                           Southern District of Texas
                                                    FILED

      UNITED STATES DISTRICT COURT           AUG 2 8 2002
   FOR THE SOUTHERN DISTRICT OF TEXAS
          BROWNSVILLE DIVISION              Michael N. Milby
                                             Clerk of Court
```

APOLINAR TORRES-ESPINO         )
                               )
v.                             )      C.A. No. B-02-062
                               )
E.M. TROMINSKI, INS DISTRICT   )
     DIRECTOR                  )
_____)


EXHIBIT "K" IN SUPPORT OF
PETITION FOR WRIT OF HABEAS CORPUS

Exhibit "K" is a copy of Mr. Torres' "Motion to Remand For Hearing On §212(c) Application," filed with the BIA after this Honorable Court granted his initial petition for habeas corpus, CA B-97-149.

Respectfully Submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Rd.
San Benito, TX 78586
Fed Bar No: 1178
Texas Bar No: 03052800

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, and attachment, were mailed, first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas, 78551 this 27th day of August, 2002.

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
BEFORE THE BOARD OF IMMIGRATION APPEALS

In re

APOLINAR TORRES-ESPINO
A22 365 809

MOTION TO REMAND FOR HEARING ON §212(c) APPLICATION

Comes Respondent, by and through the undersigned, and respectfully requests that the instant case be remanded to the Immigration Judge for proceedings on his request for §212(c) relief, and in support of same, shows as follows:

In a decision dated February 10, 1995, the Board dismissed Respondent's appeal from the decision of the Immigration Judge, finding him ineligible for §212(c) relief on the grounds that he had abandoned his U.S. residence by agreeing to serve part of his criminal sentence in a Mexican jail. Respondent filed a timely motion to reopen, alleging ineffective assistance of his counsel, who had failed to file a brief in support of his appeal, and reconsideration, on the grounds that the decision was in error when issued. Said motion was denied on May 8, 1997, solely on the basis of AEDPA §440(d). Respondent filed a writ of habeas corpus, challenging both the dismissal of his appeal, and the denial of his motion to reopen and reconsider. Said petition was granted on August 26, 1998. INS appealed to the 5th Circuit, which appeal was withdrawn by order dated March 27, 2001. Hence, the District Court order is final.

It is therefore urged that, in accordance with the District Court's order, Respondent's appeal, and/or motion to reopen and reconsider be granted, and that the case remanded to permit him to pursue his application for §212(c) relief.

Respectfully Submitted,



Lisa S. ~~Brodyaga~~, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586
(956) 421-3226


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid, to the Office of the INS General Attorney, PO Box 1711, Harlingen, TX 78551, on April 12, 2001.

_____

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE
BEFORE THE BOARD OF IMMIGRATION APPEALS
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

In the Matter: Apolinar Torres-Espino

DATE: 4/11/01

I hereby enter my appearance as attorney (or representative) for and at the request of the following named person(s):

ALIEN NUMBER (list lead alien number and all family member alien numbers if applicable)

A 72-365-809
A — —
A — —

NAME

ADDRESS    (Apt. No.)    (Number & Street)    (City)    (State)    (Zip Code)

Check if Applicable Item(s) below:

[X] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia _Texas_ and am not under a court
(Name of Court)
or administrative agency order suspending, enjoining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with _____, the attorney of record who previously filed a notice of appearance in this case and my appearance is at his/her request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

[ ] 4. Other (Explain fully.)

SIGNATURE: [signature]

COMPLETE ADDRESS [X] Check here if this is a new address
Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

NAME (Type or print): Lisa Brodyaga, Attorney

TELEPHONE NUMBER: 956-421-3226

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO REPRESENTATION BY AND THE DISCLOSURE TO THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY EOIR SYSTEM OF RECORDS:

(Name of Attorney or Representative)

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
|  |  |  |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence.)

FPI-RBK-8/91

FORM EOIR-27
JAN 89