IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 3 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| APOLINAR TORRES-ESPINO, | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-062 |
| E.M. TROMINSKI AND JOHN ASHCROFT | § § § | |
| Respondent. | § § | |

### ORDER OF FINAL JUDGMENT

BE IT REMEMBERED that on March 31, 2003, the Court having **DENIED** Apolinar Torres-Espino's ("Petitioner") Petition For Writ Of Habeas Corpus [Dkt. No. 1] enters final judgment pursuant to Federal Rule of Civil Procedure 58. This matter is closed.

Done at Brownsville, Texas, this 31st day of March 2003.

Hilda G. Tagle
United States District Judge