IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

APOLINAR TORRES-ESPINO,            )
                                   )
     Petitioner,                   )
                                   )
v.                                 )
                                   )   CIVIL ACTION NO. B-02-062
E.M. TROMINSKI, INS DISTRICT       )
DIRECTOR,                          )
                                   )
     Respondent.                   )
_____)

**RESPONDENT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE A
RESPONSE TO PETITIONER'S OPPOSED
MOTION FOR NEW TRIAL AND/OR TO
AMEND OR ALTER JUDGMENT**

COMES NOW, the Respondent, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and presents this motion for extension of time to file a response to the petitioner's opposed motion for a new trial and/or to amend or alter judgment that was filed on April 14, 2003, in the above-entitled case.

A response to this motion is due on April 28, 2003. The Government requests that it be given until May 12, 2003, to file a response to the petitioner's motion.

1

Petitioner's counsel, Lisa Brodyaga, have been contacted regarding this request and expressed she would not be opposed to the extension of time as requested.

Based on the foregoing, the Respondent respectfully requests an extension of time to file a response to the petitioner's motion for new trial and/or to amend or alter the judgment until May 12, 2003.

                                      Respectfully submitted,

                                      ROBERT D. McCALLLUM, JR.
                                      Assistant Attorney General
                                      Civil Division

                                      EMILY ANNE RADFORD
                                      Assistant Director


                                      PAPU SANDHU
                                      Senior Litigation Counsel
                                      Office of Immigration Litigation
                                      Civil Division
                                      Department of Justice
                                      P.O. Box 878, Ben Franklin Station
                                      Washington, D.C.  20044
                                      (202) 616-9357


                                      MICHAEL T. SHELBY
                                      United States Attorney
                                      Southern District of Texas

                                      _____
                                      LISA M. PUTNAM
                                      Special Assistant U.S. Attorney
                                      P.O. Box 1711
                                      Harlingen, Texas 78551
                                      Tel:  (956) 389-7051
                                      Georgia Bar No. 590315
April 21, 2003                       Federal Bar No. 23937

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Extension of Time to File a Response to Petitioner's Opposed Motion for New Trial and/or To Amend or Alter Judgment was mailed via first class mail, postage prepaid to:

>   Lisa Brodyaga, Esquire
>   Refugio Del Rio Grande
>   17891 Landrum Park Rd.
>   San Benito, TX  78586

on this 21st day of April, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney