IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| APOLINAR TORRES-ESPINO, ) | |
|   ) | |
|   Petitioner, ) | |
|   ) | |
| v. ) | |
|   ) | CIVIL ACTION NO. B-02-062 |
| E.M. TROMINSKI, INS DISTRICT ) | |
| DIRECTOR, ) | |
|   ) | |
|   Respondent. ) | |

## ORDER

Upon consideration of the Unopposed Motion for Extension of Time to File a Response to Petitioner's Opposed Motion for New Trial And/Or To Amend or Alter Judgment filed by the Respondent, the Court finds that the motion for extension of time to respond should be granted.

It is therefore

ORDERED, ADJUDGED AND DECREED that the Respondents will have until May 12, 2003, to file a response to the petitioner's motion for a new trial and/or to amend or alter judgment.

Done this 29th day of April, 2003.

[signature]