UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 2 2003

Michael N. Milby
Clerk of Court

APOLINAR TORRES-ESPINO, )
)
v. ) No. B-02-062
)
E.M. TROMINSKI, INS DIRECTOR, & )
JOHN ASHCROFT, ATTORNEY )
  GENERAL OF THE UNITED STATES )
_____)

NOTICE OF APPEAL

Notice is hereby given that Petitioner Apolinar Torres-Espino hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Orders of the District Court, entered March 31, 2003, and May 19, 2003, denying his Petition for a Writ of Habeas Corpus and his Motion for New Trial and/or for an amendment or alteration thereto, respectively.

Respectfully Submitted,

Lisa S. Brodyaga,
Attorney at Law
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, first-class postage prepaid, to Lisa Putnam, SAUSA, Box 1711, Harlingen, TX 78551, this 12th day of June, 2003.

19