IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 03-40852

---

APOLINAR TORRES-ESPINO

    Petitioner - Appellant

v.

E M TROMINSKI, District Director Immigration Naturalization Service; JOHN ASHCROFT, U S ATTORNEY GENERAL

    Respondents - Appellees

U.S. COURT OF APPEALS
**FILED**
DEC 24 2003
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN 13 2004
Michael N. Milby
Clerk of Court

---

Appeal from the United States District Court for the
Southern District of Texas, Brownsville

---

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

BY THE COURT:

    IT IS ORDERED that appellees' motion to dismiss appeal for lack of subject-matter jurisdiction is granted.

    IT IS FURTHER ORDERED that appellees' motion to suspend the briefing schedule pending resolution of motion to dismiss is denied as unnecessary.

MOT-21

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
    Deputy
New Orleans, Louisiana   DEC 24 2003